ACCEPTED
06-14-00143
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 2:17:02 PM
DEBBIE AUTREY
CLERK

## CASE NO. 06-14-00143-CR

| | | |
|---|---|---|
| **CHRISTOPHER VUJOVICH,** | § | **COURT OF APPEALS** |
| **APPELLANT** | § | |
| **VS.** | § | **6TH APPELLATE DISTRICT** |
| **STATE OF TEXAS,** | § | |
| **APPELLEE** | § | **TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 2:17:02 PM
DEBBIE AUTREY
Clerk

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW CHRISTOPHER VUJOVICH, Appellant in the above entitled and numbered cause, and files this his motion for extension of time to file brief, and in support thereof, Appellant respectfully shows to the Court as follows.

### I.

### PROCEDURAL BACKGROUND

Appellant filed his notice of appeal on or about July 31, 2014. Appellant's brief is due to be filed on or before January 1, 2015.

### II.

### FACTUAL BACKGROUND

Appellant requests that the time for filing Appellants brief be extended beyond January 1, 2015 for the reasons that subsequent to filing of the record of the District Clerk, Cass County, Texas on December 1, 2014, the Cass County Courthouse and the offices of the undersigned attorney have been closed several days during the holidays, that the undersigned attorney has commenced preparation of Appellant's brief but not completed such, and that there are two holidays during the month of January, 2015. Appellant submits that this motion for extension of

time to file brief is not submitted for the purposes of delay only but in order that justice can be accomplished.

## III.

## <u>CERTIFICATE OF SERVICE</u>

Appellate represents that the undersigned attorney contacted the prosecuting attorney, Courtney Shelton, on December 29, 2014, and said counsel does not oppose Appellant's motion for extension of time to file brief.

## IV.

## <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Appellant requests that the Court grant Appellant's motion for extension of time to file brief.

Respectfully submitted,

LAW OFFICES OF EDWIN E. BUCKNER, JR.
P. O. Box 629
Linden, Texas 75563
903 756 8853

Attorney for Appellant, Christopher Vujovich

/s/Edwin E. Buckner, Jr.
State Bar No. 03308700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing pleading was served upon Ms. Courtney Shelton, Office of the District Attorney, P. O. Box 839, Linden, Texas 75563 by United States mail, postage prepaid on this the 29th day of December, 2014.

/s/Edwin E. Buckner, Jr.